IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. A. No. 06- 70 |
| | : | |
| DEWEY WILSON | : | |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

From in or about September 2005 to in or about October 2005, in the State and District of Delaware and elsewhere, **DEWEY WILSON**, defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to his own use, a record, voucher, money, or thing of value, namely $7,615.15, from Amtrak, an agency and department of the United States, in violation of Title 18, United States Code, Section 641.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 26 JUNE 06

FILED
JUN 2 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE