IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-070-SLR |
| ) | |
| DEWEY WILSON, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 18th day of July, 2006, having been advised by counsel that defendant intends to enter a plea of guilty to the information filed against him;

IT IS ORDERED that a plea hearing is scheduled for **Tuesday, August 8, 2006 at 4:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge