AO83 (Rev. 12/85) Summons in a Criminal Case

REDACTED

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>DEWEY WILSON<br>~~[REDACTED]~~<br>Philadelphia, PA ~~[REDACTED]~~ | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    06CR70-SLR |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building**<br>**844 N. King Street**<br>**Wilmington, DE  19801** | #100 U.S. Marshal's Office - Deft.<br>To Report By: 4:00 p.m.<br>Date and Time |
| Before:    THE HONORABLE SUE L. ROBINSON, U.S. DISTRICT JUDGE | 8/8/06 4:30 p.m. |

To answer a(n)
☐ Indictment     X  Information     ☐ Complaint     ☐ Violation Notice     Probation Violation Petition

Charging you with a violation of Title   18     United States Code, Section(s)   641

Brief description of offense:

Embezzle, steal, purloin and convert to his own use, a record, voucher, money or thing of value from Amtrak

FILED
2006 AUG 16  AM 9: 33
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_by Francisca Cascone, Deputy Clerk_      7/20/06
Signature of Issuing Officer                  Date

PETER T. DALLEO, CLERK
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  8-14-06
         Date

_DW Thomas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1160 0006 7939 8128**
Status: **Delivered**

Your item was delivered at 1:26 pm on August 11, 2006 in WILMINGTON, DE 19801.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS       site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

7/20

7004 1160 0005 7939 8128

Dewey Wilson

Philadelphia, PA

See Reverse for Instructions