

**U. S. DISTRICT COURT**
**U. S. PROBATION & PRETRIAL SERVICES**
**DISTRICT OF DELAWARE**

**JOHN R. MCDONOUGH**
**Chief U. S. Probation Officer**

MAIL ADDRESS:
J. CALEB BOGGS FEDERAL BLDG.
LOCKBOX #39
844 KING STREET
WILMINGTON, DE 19801-3588

CENTRAL OFFICE LOCATION:
SUITE 400
824 MARKET STREET
WILMINGTON, DE 19801-3588
302-252-2950
FAX: 302-573-6658

BRANCH OFFICE LOCATION:
ROOM 2201, FEDERAL BLDG.
300 S. NEW STREET
DOVER, DE 19904
302-677-0633
FAX: 302-677-0640

**June 1, 2005**

TO:     Clerk's Office

FROM:   Kathie Kamen

RE:     **WILSON, Dewey Jasper**
        **Our Docket No.: 0311/1:06CR00070-001 (SLR)**
        **New Docket No.: 2:07CR00012 (ED/PA)**
        **Transfer of Jurisdiction to the Eastern District of Pennsylvania**

---

Attached, please find the signed Probation Form 22 and a copy of the letter from the Eastern District of Pennsylvania accepting jurisdiction of the above-named case. Please forward the case material to the Clerk's Office in Philadelphia.

We are closing our interest in the case. Case file materials have been sent to the U.S. Probation Office, in Philadelphia.

Thank you for your assistance in this matter. Please let me know if there are any questions.

cc:    John G. Selvaggi, DCUSPO

       Elizabeth M. Cole Price
       U.S. Probation Officer
       Federal Office Bldg.
       600 Arch St., Ste. 2400
       Philadelphia, PA 19106-1679

/kak