OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 23, 2007

Mr. Michael E. Kunz
Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106

RE:   **U.S.A. v. Dewey Wilson**
**Criminal Action No. 06 CR 70-SLR**

Dear Mr. Kunz,

Pursuant to the transfer of jurisdiction order (sealed certified copy attached) regarding Dewey Wilson, enclosed please find a certified copy of the judgment together with a certified copy of the docket, felony information, and waiver of indictment in the above case.

Please acknowledge receipt of the above mentioned documents by signing and returning the enclosed copy of this letter.

Sincerely,

Peter T. Dalleo
Clerk of Court

By: *Francesca M. Tassone*
Francesca M. Tassone
Deputy Clerk

Enc.
/fmt

cc:   U.S. Probation
Financial Administrator

**I hereby acknowledge receipt of the documents in the above captioned case.**

_____        _____
**Date**                                **Signature**