OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 23, 2007

Mr. Michael E. Kunz
Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106

      RE: **U.S.A. v. Dewey Wilson**
             **Criminal Action No. 06 CR 70-SLR**

Dear Mr. Kunz,

     Pursuant to the transfer of jurisdiction order (sealed certified copy attached) regarding Dewey Wilson, enclosed please find a certified copy of the judgment together with a certified copy of the docket, felony information, and waiver of indictment in the above case.

     Please acknowledge receipt of the above mentioned documents by signing and returning the enclosed copy of this letter.

                        Sincerely,

                        Peter T. Dalleo
                        Clerk of Court

               By: *Francesca M. Tassone*
                      Francesca M. Tassone
                      Deputy Clerk

Enc.
/fmt

cc:  U.S. Probation
      Financial Administrator

**I hereby acknowledge receipt of the documents in the above captioned case.**

1/24/07
**Date**                             **Signature**

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

United States District Court
Office of the Clerk
Attn: Deputy Clerk, Francesca Tassone
844 North King Street, Lockbox 18
Wilmington, DE 19801-3570